UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 05-CR-272

GARY L. PANSIER,

        Defendant.

**ORDER ADOPTING MAGISTRATE'S RECOMMENDATION**

        On November 5, 2006, the grand jury returned a thirty-one count indictment against the defendant Gary L. Pansier. The indictment charges that Pansier impeded and obstructed the Internal Revenue Service (Count One), filed false Forms 8300 claiming that payments were made to state and federal entities on his behalf (Counts Two to Nine) and filed false financial instruments known as Sight Drafts (Counts Ten to Thirty-one). Pansier, who is proceeding pro se, filed numerous pre-trial motions and other suppressions. On March 27, 2006, Magistrate Judge Aaron E. Goodstein issued his Order and Recommendation concerning a number of the motions. In a thorough and well-reasoned decision, Judge Goodstein ordered that Pansier's motion for a bill of particulars and for discovery be denied. Judge Goodstein also recommended that Pansier's two motions to dismiss be denied and that his alternative motion to suppress be denied as well. I have thoroughly reviewed Judge Goodstein's decision and recommendation and Pansier's objections thereto. I am satisfied that the objections are without merit and convey a complete misunderstanding or willful refusal to understand the Federal Rules of Criminal Procedure.

Accordingly, the objections are overruled and I hereby adopt Judge Goodstein's decision and recommendation in full as my own.

Dated this   5th   day of April, 2006.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge

2

Case 1:05-cr-00272-CNC   Filed 04/06/06   Page 2 of 2   Document 49