# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                            Case No. 05-CR-272

GARY L. PANSIER,

        Defendant.

---

## ORDER FOR REMEDIAL CONTEMPT

---

This matter came before the Court on April 14, 2006, for a hearing on an Order To Show Cause why Defendant Gary L. Pansier should not be held in contempt for failing to provide a handwriting exemplar pursuant to this Court's order of February 27, 2006. Based on the proceedings held on this date and the entire record in this matter, and this Court's authority under 18 U.S.C. § 401 and *Mine Workers v. Bagwell*, 512 U.S. 821, 826-30 (1994), the Court hereby finds the defendant in contempt for willfully refusing to comply with this Court's order.

**IT IS THEREFORE ORDERED** that Defendant Gary L. Pansier is to be taken into custody by the United States Marshall and held in the Brown County Jail, or such other locked facility as the Marshall designates, until such time as the defendant furnishes a handwriting exemplar to the United States Attorney's Office or its designee.

**IT IS FURTHER ORDERED** that Defendant Pansier shall be fined $100 per day for each day he remains in contempt for the first five days. Thereafter for the following five days, the fine

shall increase to $500 per day, after which it shall increase to $1,000 per day until further order of

the Court.

       Dated this __14th__ day of April, 2006.


                       _s/ William C. Griesbach_
                       William C. Griesbach
                       United States District Judge

2