UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 05-CR-272

GARY L. PANSIER,

    Defendant.

**ORDER**

    Defendant Gary Lee Pansier has filed a motion to dismiss for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The motion will be denied. Rule 41(b) is a rule of civil procedure and has no application in this criminal case in which Pansier is charged with violations of the Internal Revenue Code. Moreover, the facts set forth in the motion would not support dismissal, even if Pansier had cited appropriate authority. Accordingly, the motion is summarily denied.

    SO ORDERED this   24th   day of July, 2006.

                                                s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge